**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE JEAN SCHNEIDER, | CASE NO. 1:10-cr-00361-LJO |
| Movant, | **ORDER FOR OPPOSITION** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Nicole Jean Schneider ("Ms. Schneider") is a federal prisoner and proceeds pro se to seek to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Having read and reviewed Ms. Schneider's § 2255 motion, this Court finds that an opposition by the government would assist this Court to determine the issues raised by Ms. Schneider. **Accordingly, this Court ORDERS the government no later than, September 28, 2012, to file and serve an opposition to this motion. Ms. Schneider's reply, if any, is due no later than, October 26, 2012.** This Court shall take this motion under submission after the reply is filed and received by the Court. No hearing is set in this matter.

IT IS SO ORDERED.

**Dated:   August 31, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1