IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JEAN SCHNEIDER, | CASE NO. 1:10-cr-00361-LJO |
| Movant, | **ORDER SUPPLEMENTING THIS COURT'S ORDER ON MOVANT'S 28 U.S.C. § 2255 MOTION** (Doc. 75) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On August 15, 2012, Nicole Jean Schneider ("Ms. Schneider") filed a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 70). On November 14, 2012, this Court denied the motion in part and concluded that the record did not conclusively establish that Ms. Schneider is not entitled to relief with regard to her claim that she received ineffective assistance of counsel when counsel ignored her request to file an appeal (ground one). (Doc. 75, p. 5-6).

Former defense counsel Carl Faller ("Mr. Faller") is to be provided with a copy of Ms. Schneider's § 2255 motion by the Clerk of this Court. (Doc. 70). Mr. Faller is requested by the Court to provide a declaration to respond to the motion as it pertains to what he did or did not do on the issue of filing an appeal, and why. Mr. Faller has fourteen (14) calendar days from the filing date of this order to file his declaration. Ms. Schneider has fourteen (14) calendar days from the date Mr. Faller files his declaration to file her response.

IT IS SO ORDERED.

Dated:   **November 28, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE